IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 2:04CR113-P-B

DONALD RAY TERRY

## ORDER

This cause is before the Court on the defendant's Motion for Return of Property [78]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons set forth in the government's response thereto. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Return of Property [78] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 29th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE