**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DONALD RAY TERRY**                                                               **PETITIONER**

**v.**                                             **No. 2:04CR113-P-B**

**UNITED STATES OF AMERICA**                                            **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct the sentence of Donald Ray Terry is hereby **DENIED**, and the cause is dismissed with prejudice.

**SO ORDERED,** this the 9th day of October, 2009.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE